**UNITED STATES MAGISTRATE JUDGE**
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 WEST CAPITOL AVENUE, SUITE 521
LITTLE ROCK, ARKANSAS 72201-3325

HENRY L. JONES, JR  
UNITED STATES MAGISTRATE JUDGE

OFFICE: (501) 604-5170  
FAX: (501) 604-5177

August 9, 2005

Mr. Curtis L. Byrd, Jr.
4746 Spottswood, #349
Memphis, TN 38117

Re:  Byrd v. Kiniesh, et al.
     Case No. 3:05CV00180

Dear Mr. Byrd:

The Court has reviewed your motion for appointment of counsel. Before the Court can decide whether to appoint an attorney to represent you, it must have certain information. The Court must know you have tried to find an attorney and have been unable to find one to handle your case. Finally, the Court must know there is some basis for your lawsuit.

The Court requires that you ask three attorneys to take your case before one will be appointed to represent you. You have ten (10) days from the date of this letter to file a statement with the Court stating that you have talked to at least three attorneys who practice in this field about taking your case, and they have refused to help you or have told you they want you to pay them before they begin the case. **If the attorneys refuse your case for other than financial considerations, you should continue to seek counsel**. The statement should give the names of the attorneys talked to, the dates they were talked to, and what they told you.

If you have additional facts to support your claim which were not included in your complaint, you may include those in your statement. If you have witnesses you expect would testify for you, you should give their names and state what you think they would say.

Please note, if you do not file your statement within ten (10) days, your request for appointment of counsel will be denied.

Sincerely,

*Henry L. Jones, Jr.*

Henry L. Jones, Jr.
United States Magistrate Judge

HLJJr:bs