IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| CURTIS L. BYRD, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No.3:05cv000180 SWW |
| | * | |
| | * | |
| | * | |
| DR. E. KINIESH, W. TIDWELL, | * | |
| JIMI JIMINEZ, WARDEN COLE JETER, | * | |
| LINDA TOLIVER, and FEDERAL | * | |
| BUREAU OF PRISONS, | * | |
| | * | |
| Defendants. | * | |

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it hereby is, dismissed; the relief sought is denied.

IT IS SO ORDERED this 28th day of November, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE